IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH DIBENEDETTO,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:21-cv-04527-MHC-RDC |

## ORDER

The parties have jointly requested, via email to the undersigned's chambers, that discovery and all pretrial deadlines in this matter be stayed while they pursue private mediation. This is the parties' second attempt. *See* (Doc. 28). For good cause shown, this matter is hereby **STAYED** through **July 7, 2023**. The parties are **DIRECTED** to file a status report with the Court regarding the parties' progress in the case by that date or, if sooner, within five days of the conclusion of mediation. If the parties do not reach a settlement, the discovery period **SHALL RESTART** upon the filing of the parties' status report and extend for **thirty days** thereafter.

IT IS SO **ORDERED** on this 5th day of May 2023.

*R. Cannon*
REGINA D. CANNON
United States Magistrate Judge