# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JOSEPH DIBENEDETTO, | ) | CIVIL ACTION |
| | ) | FILE NO. |
| Plaintiff | ) | |
| | ) | 1:21-cv-04527-MHC-RDC |
| v. | ) | |
| | ) | |
| AT&T SERVICES, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff Joseph DiBenedetto and Defendant AT&T Services, Inc., pursuant to the Court's order dated September 26, 2023 [Doc. 87], respectfully notify the Court that the parties held a good-faith, post-discovery settlement conference on September 28, 2023. The parties did not reach a settlement.

Regarding the anticipated progress of the case, the parties report that Defendant filed its Motion for Summary Judgment [Doc. 88] (the "Motion") on September 27, 2023. The Motion seeks dismissal of Plaintiff's claims of race and sex discrimination. Defendant also disputes Plaintiff's age discrimination claim, which was not the subject of the Motion. Plaintiff is preparing his response to the Motion. Upon a ruling on the Motion, the parties will prepare for trial on the

US2008 22174783 1

remaining claims and issues. The parties do not wish to request referral to a U.S. Magistrate Judge to conduct mediation.

Respectfully submitted this 29th day of September 2023.

*[SIGNATURES ON FOLLOWING PAGE]*

/s/ *Steven E. Wolfe*
Steven E. Wolfe
Georgia Bar No. 142441
Mariss R. Torgerson
Georgia Bar No. 848356
LEGARE, ATTWOOD &
  WOLFE, LLC
125 Clairemont Avenue,
Suite 380
Decator, GA 30030
Telephone: (470) 823-4000
Facsimile: (470) 201-1212
sewolfe@law-llc.com
mrtorgerson@law-llc.com

/s/ *Susan Panghorn*
Susan Pangborn
Georgia Bar No. 735027
KILPATRICK TOWNSEND
  & STOCKTON LLP
Suite 2800, 1100 Peachtree Street
Atlanta, GA 30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
spangborn@kilpatricktownsend.com

Cole Ramey
Admitted *Pro Hac Vice*
Maeghan E. Whitehead
Admitted *Pro Hac Vice*
KILPATRICK TOWNSEND
  & STOCKTON LLP
Suite 4400, 2001 Ross Avenue
Dallas, TX 75201
Telephone: (214) 922-7138
Facsimile: (214) 279-4456
cramey@kilpatricktownsend.com
mewhitehead@kilpatricktownsend.com

Sheldon W. Snipe
Georgia Bar No. 665790
AT&T SERVICES, INC.
754 Peachtree St.
Suite C764
Atlanta, GA 30308
Telephone: (404) 277-7505
sheldon.snipe@att.com

**Counsel for Defendant
AT&T Services, Inc**.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JOSEPH DIBENEDETTO, | ) | CIVIL ACTION |
| | ) | FILE NO. |
| Plaintiff | ) | |
| | ) | 1:21-cv-04527-MHC-RDC |
| v. | ) | |
| | ) | |
| AT&T SERVICES, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2023, I electronically filed the foregoing *Joint Status Report* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Susan W. Pangborn | spangborn@kilpatricktownsend.com |
| Cole Ramey | cramey@kilpatricktownsend.com |
| Maeghan E. Whitehead | mewhitehead@kilpatricktownsend.com |
| Sheldon W. Snipe | sheldon.snipe@att.com |

LEGARE, ATTWOOD & WOLFE, LLC

By:  *s/ Steven E. Wolfe*
     Steven E. Wolfe
     Georgia Bar No. 142441
     Counsel for Plaintiff