# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSEPH DIBENEDETTO, ) | CIVIL ACTION |
| ) | FILE NO. 1:21-cv-04527-MHC |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| AT&T SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Joseph DiBenedetto and Defendant AT&T Services, Inc., by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

Respectfully submitted this 26th day of June, 2024.

| | |
|---|---|
| */s/ Marissa R. Torgerson* | /s/ *Susan Pangborn* |
| Marissa R. Torgerson | Susan Pangborn |
| Georgia Bar No. 848356 | Georgia Bar No. 735027 |
| Steven E. Wolfe | KILPATRICK TOWNSEND |
| Georgia Bar No. 142441 | & STOCKTON LLP |
| mrtorgerson@law-llc.com | Suite 2800, 1100 Peachtree Street |
| sewolfe@law-llc.com | Atlanta, GA  30309-4528 |
| Legare, Attwood & Wolfe, LLC | Telephone: (404) 815-6500 |
| 125 Clairemont, Suite 515 | Facsimile: (404) 815-6555 |
| Decatur, GA  30030 | spangborn@kilpatricktownsend.com |

Tel: (470) 823-4000
Fax: (470) 201-1212

**Counsels for Plaintiff**

Cole Ramey
Admitted *Pro Hac Vice*
Maeghan E. Whitehead
Admitted *Pro Hac Vice*
KILPATRICK TOWNSEND
  & STOCKTON LLP
Suite 4400, 2001 Ross Avenue
Dallas, TX   75201
Telephone: (214) 922-7138
Facsimile: (214) 279-4456
cramey@kilpatricktownsend.com
mewhitehead@kilpatricktownsend.com

Sheldon W. Snipe
Georgia Bar No. 665790
AT&T SERVICES, INC.
754 Peachtree St.
Suite C764
Atlanta, GA 30308
Telephone: (404) 277-7505
sheldon.snipe@att.com

**Counsels for Defendant
AT&T Services, Inc**.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSEPH DIBENEDETTO, ) | CIVIL ACTION |
| ) | FILE NO. 1:21-cv-04527-MHC-RDC |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| AT&T SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2024 I electronically filed with the Clerk of Court the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Susan W. Pangborn         spangborn@kilpatricktownsend.com
Cole Ramey                cramey@kilpatricktownsend.com
Maeghan E. Whitehead      mewhitehead@kilpatricktownsend.com
Sheldon W. Snipe          sheldon.snipe@att.com

LEGARE, ATTWOOD & WOLFE, LLC

*s/ Marissa R. Torgerson*
Marissa R. Torgerson
Georgia Ba No. 848356
mrtorgerson@law-llc.com

3